**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Of Criminal Appeals
   Illinois Attorney General's Office
   100 W. Randolph, 12th Floor
   Chicago, IL 60601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED / FILED MAY 09 2008
Office of The Attorney General
Office Services

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0001 7313 6003

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08cv2544

**FILED**
MAY 22 2008
5-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT