Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2544 | **DATE** | June 6, 2008 |
| **CASE TITLE** | United States ex rel. Tobias Garrett (#R-05862) vs. Warden Terry McCann, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 8, 2008, the court directed the petitioner either to pay the $5.00 filing fee or file a petition for leave to proceed *in forma pauperis*. The petitioner was forewarned that failure to comply within twenty-one days would result in summary dismissal of this action. Nevertheless, over twenty-one days have elapsed and the petitioner has not responded to the court's order. Accordingly, the case is terminated.

■  [Docketing to mail notices.]

mjm