08C 2544

6-5-08

Dear clerk of the District court. My Name is Tobias Garrett case number 08C 2544 The reason I'm writing you is because I was at Stateville correction center. now I have been moved to Galesburg, IL, so can you please send My mail here now. so here is the information P.O. Box-1700 Galesburg IL, 61401 Thank you for your time God bless

**FILED**

JUN 1 0 2008
6-10-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT