4C

08C2544   6-17-08

TO: Who this may concern

I just recieved a letter saying my 5 dollar check was late. This is the reason why it was late. I give the counselor in stateville Authorization for payment May. 6. 08 they sent it back to me 5.13.08 saying They need the case number # so I sent it back with the case number to the counselor Name Mansfield at stateville. he sent me a letter back saying that he recieve the money with The case # Date 5.19.08. I had the money on The books. as yell can see. I'm sending every thing yell will need to show that it was not on me. because of this. I had to have my mother to send the money, because stateville was playing game's sending the money off the book. I'm asking this court to please hear my Habeas corpus hear is every thing to show it was not on me. I even sent out trimmer the same time I sent out the money.

FILED
JUN 23 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

C248.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____ Date __5-6-08__

Offender Name __Tobias Garrett__ ID# __R05862__ Housing Unit __C-__

Pay to __Clerk of the United States District Court__

Address __219 South Dearborn, 20th Floor__

City, State, Zip __Chicago IL, 60604__

The sum of __5__ dollars and __00__ cents charged to my trust fund account, for the purpose of __Filing Fee - Case # 08 C 2544__

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Tobias Garrett__ ID# __R05862__

Witness Signature __David Mansfield CCI__

☒ Approved ☐ Not Approved  Chief Administrative Officer Signature __W. McCann__

Postage applied in the amount of _____ dollars and _____ cents.

Distribution: Business Office, Offender, Mail Room

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)

*Printed on Recycled Paper*

Date: 5/27/2008　　　　　　　　　　Stateville Correctional Center　　　　　　　　　　Page 1
Time: 1:37pm　　　　　　　　　　　　　　　Trust Fund
d_list_inmate_trans_statement_composite　　　　View Transactions

**Inmate:** R05862 Garrett, Tobias　　　　　　**Housing Unit:** STA-C -02-48

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
|  |  |  |  |  | Beginning Balance: |  | 9.71 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 |  | P/R month of 03/2008 | 8.23 | 17.94 |
| 04/10/08 | Disbursements | 93 R & C - UPS | 101390 | Chk #139786 | C0408041, Central Inmate Benef, Inv. Date: 04/08/2008 | -4.54 | 13.40 |
| 04/15/08 | Point of Sale | 60 Commissary | 106721 | 532737 | Commissary | -9.86 | 3.54 |
| 04/25/08 | Point of Sale | 60 Commissary | 116783 | 534459 | Commissary | -3.44 | .10 |
| 05/06/08 | Mail Room | 10 Western Union | 127200 | 2177415183 | PRIMM BROWN, IRENE DENIS | 50.00 | 50.10 |
| 05/08/08 | Point of Sale | 60 Commissary | 1297137 | 536747 | Commissary | -31.40 | 18.70 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 |  | P/R month of 04/2008 | .50 | 19.20 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0509023, DOC: 523 Fund Reimbu, Inv. Date: 05/09/2008 | -.41 | 18.79 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0509046, DOC: 523 Fund Reimbu, Inv. Date: 05/09/2008 | -.41 | 18.38 |
| 05/14/08 | Disbursements | 80 Postage | 135337 | Chk #140426 | g0509071, DOC: 523 Fund Reimbu, Inv. Date: 05/09/2008 | -.41 | 17.97 |
| 05/16/08 | Disbursements | 88 trimmer repair | 1373148 | Chk #140466 | C0515009, Wahl Corp., Inv. Date: 05/16/2008 | -10.00 | 7.97 |
| 05/21/08 | Point of Sale | 60 Commissary | 1427137 | 538804 | Commissary | -4.80 | 3.17 |
| 05/27/08 | AP Correction | 88 trimmer repair | 1485148 | Chk #140466 Voided | C0515009 - Wahl Corp. | 10.00 | 13.17 |

|  |  |
|---|---:|
| Total Inmate Funds: | 13.17 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 1.26 |
| Funds Available: | 11.91 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |



To: who this may concern                          6-17-08

The court had sent me a letter saying my case have been terminated because the 5 dollar's have not been paid. That is wrong my 5 dollar's was paid hear is the check number 503164 please check it out and get back to me please.