**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 C 2544

    Tobias Garrett, Petitioner,

        v.

    Warden Terry McCann, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    Terry McCann, Respondent.

| | |
|---|---|
| NAME (Type or print) <br>    Garson Fischer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>    s/ Garson Fischer | |
| FIRM <br>    Office of the Illinois Attorney General | |
| STREET ADDRESS <br>    100 W. Randolph Street, 12th Floor | |
| CITY/STATE/ZIP <br>    Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br>    6286165 | TELEPHONE NUMBER <br>    312-814-2566 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X       NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐       NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐       NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐       NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2008, I electronically filed respondent's **Appearance** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Tobias Garrett, #R05862
Hill Correctional Center
600 South Linwood Road
P.O. Box 1700
Galesburg, Illinois 61402.

                                                                       LISA MADIGAN
                                                                       Attorney General of Illinois

By:    s/ Garson Fischer
         GARSON FISCHER, Bar # 6286165
         Assistant Attorney General
         100 West Randolph Street, 12th Floor
         Chicago, Illinois 60601-3218
         TELEPHONE: (312) 814-2566
         FAX: (312) 814-2253
         E-MAIL: gfischer@atg.state.il.us