UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. TOBIAS GARRETT, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08-2544 |
| TERRY MCCANN, Warden, | ) ) | The Honorable Ruben Castillo, |
| Respondent. | ) | Judge Presiding. |

NOTICE OF MOTION

TO:  Tobias Garrett, #R05862
     Hill Correctional Center
     600 South Linwood Road
     P.O. Box 1700
     Galesburg, Illinois 61402.

   PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Ruben Castillo, who sits in Courtroom 2141, at 219 South Dearborn Street in Chicago, and then and there present the attached MOTION FOR AN EXTENSION OF TIME, a copy of which is hereby served upon you.

July 14, 2008                          Respectfully submitted,
                                       LISA MADIGAN
                                       Attorney General of Illinois

                           By:   s/ Garson Fischer
                                 GARSON FISCHER, Bar # 6286165
                                 Assistant Attorney General
                                 100 West Randolph Street, 12th Floor
                                 Chicago, Illinois 60601-3218
                                 TELEPHONE: (312) 814-2566
                                 FAX: (312) 814-2253
                                 E-MAIL: gfischer@atg.state.il.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 14, 2008, I electronically filed respondent's **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and on the same date, I mailed by United States Postal Service the same to the following non-registered party:

Tobias Garrett, #R05862
Hill Correctional Center
600 South Linwood Road
P.O. Box 1700
Galesburg, Illinois 61402.

                                              LISA MADIGAN
                                              Attorney General of Illinois

                By:    s/ Garson Fischer
                             GARSON FISCHER, Bar # 6286165
                             Assistant Attorney General
                             100 West Randolph Street, 12th Floor
                             Chicago, Illinois 60601-3218
                             TELEPHONE: (312) 814-2566
                             FAX: (312) 814-2253
                             E-MAIL: gfischer@atg.state.il.us