**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tobias Garrett
                        Plaintiff,

v.                                             Case No.: 1:08–cv–02544
                                                Honorable Ruben Castillo

Terry McCann
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Respondent Gerardo Acevedo's motion for extension of time [13] is granted. Motion hearing set for 7/22/2008 is vacated. Respondent to answer or otherwise plead to the petition for writ of habeas corpus on or before 8/14/2008. Petitioner's reply due 9/2/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.